IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                    No. 4:25-CR-00092-01-DPM

JACKIE MCDONALD

## ORDER

Defendant Jackie McDonald appeared with his attorney Shea Watts for a hearing on the competency report filed with the Court on June 16, 2025. *Doc. 10* The Government was represented by Assistant United States Attorney Katie Hinojosa.

For reasons stated in today's hearing and based on today's personal observations, I find that Mr. McDonald is not currently capable of assisting properly in his defense. Consistent with 18 U.S.C. § 4241(d), Mr. McDonald must undergo treatment to restore his competency to assist with his defense.

Mr. McDonald is committed to the custody of the United States Marshals Service to await designation to a facility for his treatment. The U.S. Marshal must immediately notify the Court when the facility is designated.

So Ordered 7 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE