IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.   No. 4:25-cr-00092-DPM

JACKIE MCDONALD

## ORDER

On July 7, 2025, I found that Mr. Jackie McDonald must receive treatment to restore his competency to assist with his defense under 18 U.S.C. § 4241(d). *Doc 13*. I have now received the facility designation where Mr. McDonald's treatment will take place. I direct the United States Marshals Service to immediately transport Mr. McDonald to MCFP Springfield.

Pursuant to 18 U.S.C. § 4241(d)(1), Mr. McDonald is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed four months for further treatment at MCFP Springfield (or other suitable facility). The treating facility should determine whether there is substantial probability that Mr. McDonald can be restored to competency in the foreseeable future. If it appears he can be, then treatment toward that end should also begin within the four-month period.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination must file a report with this Court with copies to counsel for the United States and Mr. McDonald:

| | |
|---|---|
| Ms. Shea Lynn Watts | Ms. Katie Hinojosa |
| Federal Public Defender's Office | U. S. Attorney's Office |
| The Victory Building, Suite 490 | Eastern District of Arkansas |
| 1401 West Capitol Avenue | 425 West Capitol Avenue, Suite 500 |
| Little Rock, AR 72201 | Little Rock, AR 72201 |
| Email: shea_watts@fd.org | Email: katie.hinojosa@usdoj.gov |

The report should discuss whether Mr. McDonald's mental condition has improved so that an arraignment hearing may proceed and, if not, whether there is a substantial probability that Mr. McDonald can be restored in the foreseeable future.

When Mr. McDonald's treatment is completed, or upon further order of the Court, the Marshals must immediately transport him back to the Eastern District of Arkansas.

SO ORDERED 10 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE